1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALI AMAYA,<br><br>  Plaintiff,<br><br>vs.<br><br>LIBERTY RESIDENTIAL SERVICES, INC., et al.,<br><br>  Defendants. | Case No.: 22-cv-859-L-JML<br><br>**ORDER ON MOTION TO REMAND (ECF NO. 9)** |

Pending before the Court in this punitive class action is Plaintiff Natali Amaya's motion to remand. (ECF No. 9). The Court decides the matter on the papers submitted and without oral argument. Civ. L. R. 7.1.

Plaintiff filed this action on April 21, 2022, in San Diego Superior Court. Plaintiff alleges Defendants violated several California labor and employment laws. On June 10, 2022, Defendants removed the action to this Court. (ECF No. 1).

Plaintiff argues Defendants failed to prove by a preponderance of the evidence that the amount in controversy exceeds $5 million. (ECF No. 9 at 4); 28 U.S.C. § 1332(d). Defendants submitted a notice of non-opposition to Plaintiff's motion to remand, asserting they concluded the amount in controversy requirement

cannot be met. (ECF No. 10). Based on the record, Defendants failed to meet their burden. The Court therefore **GRANTS** the motion. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81 (2014); *Fritsch v. Swift Transp. Co. of Ariz., LLC*, 899 F.3d 785, 794 (9th Cir. 2018); *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992) ("federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance."); 28 U.S.C. § 1447(c) ("if at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.") The Court **REMANDS** this action to San Diego Superior Court.

    **IT IS SO ORDERED**.

Dated: July 20, 2022

                                                  Hon. M. James Lorenz
                                                  United States District Judge